UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA PLAINTIFF

v. CRIMINAL ACTION NO. 3:25-CR-175-DJH

DONALD E. THOMAS DEFENDANT

**AGREED ORDER**

The United States, and the defendant, both by counsel, having AGREED, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that prosecution of the matter herein is and shall be deferred pursuant to written agreement between the United States and the defendant, for the purpose of allowing the defendant to demonstrate his good conduct. The written agreement is attached as an exhibit to this agreed order.

Furthermore, it is **HEREBY ORDERED** that all further criminal proceedings, including further proceedings and trial, are **CONTINUED for a period of 18 months,** and that unless otherwise requested by a party hereto, no further proceedings will be scheduled by this Court.

It is further **ORDERED** that within 30 days after defendant's successful completion of pretrial diversion, the United States will file with this Court a Notice of Dismissal, with prejudice, of charges filed in this action.

Finally, pursuant to 18 U.S.C. §3161(h)(2), and with this Court's express approval, the period during which this prosecution is delayed shall be and hereby is EXCLUDED under the Speedy Trial Act.

HAVE SEEN AND AGREED TO:

MICHAEL A. BENNETT
United States Attorney

*/s/ Amanda E. Gregory*
Amanda E. Gregory
Assistant U.S. Attorney

*/s/ Michael Goodwin w/ permission*
Michael Goodwin
Attorney for Defendant

Entered and approved this _____ day of _____________, 2026.

_________________________________
The Hon. David J. Hale, United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to opposing counsel.

*s/ Amanda E. Gregory*
Amanda E. Gregory
Assistant U.S. Attorney